**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                 11 CR. 12 (RMB)

    -against-

                                                                                 **ORDER**

ALPHONSE TRUCCHIO,
               Defendant.
------------------------------------------------------------X

       The Court will hold a supervised release hearing on Tuesday, March 30, 2021 at 11:30 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1112

Dated: March 23, 2021
       New York, NY

                                                             _____
                                                                   RICHARD M. BERMAN
                                                                            U.S.D.J.