**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         11 CR. 12 (RMB)

   -against-

                                                         **ORDER**

ALPHONSE TRUCCHIO,
                Defendant.
-------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, August 17, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1112

Dated: August 12, 2021
       New York, NY

                                                       RICHARD M. BERMAN
                                                           U.S.D.J.