**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                 11 CR. 12 (RMB)

   -against-

                                                                                **ORDER**

ALPHONSE TRUCCHIO,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Tuesday, December 14, 2021 at 9:30 AM is hereby rescheduled to Wednesday, December 15, 2021 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1112

Dated: December 9, 2021
       New York, NY

                                                                  _____
                                                                      RICHARD M. BERMAN
                                                                           U.S.D.J.