UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              11 CR. 12 (RMB)

   -against-

**ORDER**

ALPHONSE TRUCCHIO,
              Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, April 27, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1112

Dated: April 20, 2022
       New York, NY

                                       _____
                                          RICHARD M. BERMAN
                                               U.S.D.J.