UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

           11 CR. 12 (RMB)

-against-

**ORDER**

ALPHONSE TRUCCHIO,
           Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Monday, September 12, 2022 at 12:30 PM is hereby rescheduled to 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1112

Dated: August 30, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                            U.S.D.J.