**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :      11 CR. 12 (RMB)
                                         :
        - against -              :      **ORDER**
                                         :
ALPHONSE TRUCCHIO,                       :
                Defendant.    :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 26, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 428 815 078#

Dated: January 18, 2023
       New York, NY

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                            U.S.D.J.