**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government,

                                                                  11 CR. 12 (RMB)

    -against-

                                                                   **ORDER**

ALPHONSE TRUCCHIO,

                Defendant.
------------------------------------------------------------X

       In accordance with SDNY policy, dated March 5, 2018, favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Trucchio's dedicated and successful compliance with supervised release, (including steady employment, stable residence, family and community support), the Court finds that early termination of supervised release effective January 26, 2023 is warranted.

       The Court also finds that Mr. Trucchio has conducted himself in a law abiding fashion and has met all the other conditions of his supervision, as well.  See Transcript of proceedings held on January 26, 2023 for a complete record.

       This order also reflects the unanimous view of all parties to these proceedings, foremost the Probation Department.

Dated: January 26, 2023
       New York, NY

                                                    _____
                                                         RICHARD M. BERMAN
                                                              U.S.D.J.

## Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Alphonse Trucchio supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. Trucchio's further supervised release obligations in accordance with

18 U.S.C. § 3583(e)(1).

Congratulations for a job well done.

January 26, 2023

RMB
Richard M. Berman
U.S. District Judge

Best of luck!